**EXHIBIT A**

Filing # 75551199 E-Filed 07/26/2018 12:36:39 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**JANE DOE,**

    **Plaintiff,**

vs.

**UNIVERSITY OF MIAMI, a Florida
not for profit corporation,**

    **Defendant.**

_____/

**GENERAL JURISDICTION DIVISION**

**CASE NO. 2018-021364 CA (22)**

## DEFENDANT'S REQUEST FOR ADMISSIONS

Pursuant to Fla. R. Civ. P. 1.380, Defendant, University of Miami, hereby requests that Plaintiff, Enrique Bradfield, respond to Defendant's requests for admission, attached hereto. Unless a written objection is served, each request for admission must be denied within the time prescribed by the Florida Rules of Civil Procedure, or it will be deemed admitted.

Respectfully submitted,

**ISICOFF RAGATZ**
601 Brickell Key Drive
Suite 750
Miami, Florida 33131
Tel.: (305) 373-3232
Fax: (305) 373-3233

By: /s/ Teresa Ragatz
    Eric D. Isicoff
    Florida Bar No. 372201
    Isicoff@irlaw.com
    Teresa Ragatz
    Florida Bar No. 545170
    Ragatz@irlaw.com
    Christopher M. Yannuzzi
    Florida Bar No.: 92166
    Yannuzzi@irlaw.com

1

## DEFINITIONS AND INSTRUCTIONS

a)      The terms "Defendant" or "University" refer to University of Miami and its officers, directors, shareholders, employees, and agents.

b)      The terms "Plaintiff," "Doe," "you," and "your" refer to Jane Doe, the plaintiff in this action.

## REQUESTS FOR ADMISSIONS

1.      Admit that, as of June 22, 2018, you were a resident of the State of Pennsylvania.

2.      Admit that you turned eighteen (18) years of age on July 22, 2014.

3.      Admit that, on July 5, 2014, when you allege you went to several local establishments in Coconut Grove and consumed alcohol, you were aware that you were under the legal drinking age.

4.      Admit that, on July 5, 2014, when you allege you went to several local establishments in Coconut Grove, none of the establishments in which you consumed alcohol were owned or operated by the University of Miami.

5.      Admit that you graduated from the University of Miami in May 2018.

6.      Admit that, when you returned to Pearson Dormitory after consuming alcohol on July 5, 2014, you were riding piggy back on the back of one of the individuals whom you allege sexually assaulted or raped you.

7.      Admit that, when you returned to Pearson Dormitory after consuming alcohol on July 5, 2014, the person sitting at the desk who checked you in required you to stand and walk up and down the hallway.

8.      Admit that you seek monetary damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was served via facsimile and the Florida Court's e-Filing Portal this 26th day of July, 2018, upon the following:

The Law Firm of Stuart H. Share, P.A.
Stuart Share, Esq.
777 Brickell Avenue, Suite 400
Miami, Florida 33131
Stuart@sharelawpa.com

Eversole & Associates, P.A.
John F. Eversole III, Esq.
777 Brickell Avenue, Suite 400
Miami, Florida 33131
jfelaw@jeversole.com


By: ___s/ Teresa Ragatz___
       Teresa Ragatz

Filing # 77099994 E-Filed 08/28/2018 11:23:58 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**JANE DOE,**

    **Plaintiff**

v.

**UNIVERSITY OF MIAMI, a Florida**          CIVIL DIVISION
**not for profit corporation,**

                                                              CASE NO.:

    **Defendant.**
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## REQUEST FOR ADMISSIONS

The Plaintiff, **JANE DOE,** by and through the undersigned counsel, hereby files her response to Defendant, **UNIVERSITY OF MIAMI, a Florida not for profit corporation,** Request for Admissions dated July 26th, 2018, as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Unknown.
5. Admitted.
6. Denied as phrased.
7. Denied as phrased.
8. Admitted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically submitted on this 28th day of August, 2018, to: Teresa Ragatz, Esquire, Eric D. Isicoff, Esquire and Christopher M. Yannuzzi, Esquire, ISICOFF RAGATZ, 601 Brickell Avenue, Suite 750, Miami, Florida 33131ragatz@irlaw.com; isicoff@irlaw.com; yannuzzi@irlaw.com.

                                                **RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 South Dadeland Boulevard
Datran II – PH
Miami, Fl 33156
Tel: (305) 661-6000
Fax: (786) 230-2934
Email:  John@rubensteinlaw.com
              nancy@rubensteinlaw.com
              eservice@rubensteinlaw.com

By: /s/ *John Eversole*
     **JOHN EVERSOLE**
     Florida Bar No.: 371513